UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROADBAND GRAPHICS, LLC, a Washington Limited Liability company,<br><br>        Plaintiff,<br><br>  -vs-<br><br>CAPITAL MARKET SERVICES, LLC, DBA CMS FOREX, a New York Limited Liability company,<br><br>        Defendant. | NO. CV-10-0112-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties (Ct. Rec. 39) filed January 4, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to enter this Order and **CLOSE THE FILE**.

**DATED** this 5th day of January, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE